USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2019

November 11, 2019

**Via: ECF**
Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 17A
New York, New York 10007

RE: **Altaune Brown v. Good Friendship Deli & Tobacco Corp et al**
Docket: 1:19-cv-07158-GHW

Dear Judge Woods,

The Parties respectfully request an adjournment of the Initial Conference currently scheduled for November 15, 2019. Plaintiff is currently making attempts to contact Defendants who previously contacted Plaintiff and requested additional time to retain counsel. Therefore, in order to preserve judicial resources and reduce litigation costs, the Parties request a thirty (30) day adjournment of the Initial Conference in order to attempt to contact Defendants. If Defendants fail to appear, answer, or otherwise move, Plaintiff will file for Default. This is the second request for an adjournment.

We thank you and the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
Bradly G. Marks

---

Application granted. The initial pretrial conference scheduled for November 15, 2019 is adjourned to December 16, 2019 at 4 p.m. The joint letter and proposed case management plan described in the Court's prior order, Dkt No. 5, are due no later than December 9, 2019.

SO ORDERED.

Dated: November 12, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge