```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ALTAUNE BROWN,                                               :
                                                             :
                              Plaintiff,                     :
                                                             :          19-cv-7158 (LJL)
              -v-                                            :
                                                             :              ORDER
GOOD FRIENDSHIP DELI & TOBACCO CORP and                      :
3650 WHITE PLAINS CORP.,                                     :
                                                             :
                              Defendants.                    :
-------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Before the Court is Plaintiff Altaune Brown's pending motion for default judgment as to Defendants Good Friendship Deli & Tobacco Corp and 3650 White Plains Corp.  Dkt. No. 26.

      ORDERED that the Court will hold a hearing by telephone to address the motion for default judgment on December 7, 2021 at 3:00 p.m.  Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

      By November 9, 2021, Plaintiff shall serve on Defendants (1) the motion for default judgment and supporting papers; and (2) the Court's order setting the date and time for the default judgment hearing.  Plaintiff is further directed to file proof of such service on the docket.

      SO ORDERED.

Dated: November 2, 2021
       New York, New York

                                                 LEWIS J. LIMAN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/02/2021