## ATTORNEY AFFIRMATION OF SERVICE

STATE OF NEW YORK          :
                                              SS.:
COUNTY OF NEW YORK      :

I, A. Evelyn Rodriguez, an attorney at law admitted to practice before this Court, affirms as follows:

On November 9, 2021, I served true copies of Judge Lewis J. Liman's November 2, 2021 Order along with Plaintiff's motion for default judgment and supporting papers in the case entitled *Brown v. Good Friendship Deli & Tobacco Corp Inc et al Index: #1:19-cv-7158-LJL* upon:

Good Friendship Deli & Tobacco Corp
3650 White Plains Road
Bronx, New York 10467

3650 White Plains Corp
12 Lawrence Avenue
Brooklyn, New York 11230

by depositing a true copy of same enclosed in an overnight postpaid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

DATED: 11/9/2021                                    _____
                                                                        A. Evelyn Rodriguez