```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ALTAUNE BROWN,                                                   :
                                                                 :
                           Plaintiff,                            :
                                                                 :       19-cv-7158 (LJL)
              -v-                                                :
                                                                 :           ORDER
GOOD FRIENDSHIP DELI & TOBACCO CORP and                          :
3650 WHITE PLAINS CORP.,                                         :
                                                                 :
                           Defendants.                           :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     In its Opinion and Order of December 7, 2021, the Court stated: "Plaintiff shall file a motion for attorneys' fees and costs within ninety (90) days of entry of this Order." Dkt. No. 34 at 10. The ninety-day period has passed, and no motion has been filed. Accordingly, the case will be closed.

     The Clerk of Court is respectfully directed to close the case.

     SO ORDERED.

Dated: March 15, 2022  
       New York, New York  
                                     LEWIS J. LIMAN  
                                     United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 03/15/2022